**Denied and Opinion Filed this 22nd day of January, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00038-CV

## IN RE MICHAEL ALLYN CONNER AND IESI SOLID WASTE SERVICES, Relator

**Original Proceeding from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 04-2044**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

Before the Court is relators' petition for writ of mandamus in which they contend that the trial court clearly abused its discretion in failing to dismiss the proceeding below for want of prosecution. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* Tex. R. App. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

140038F.P05

/Lana Myers/
LANA MYERS
JUSTICE